UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-164-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | **ORDER** |
| | ) | |
| STEWART MANLEY GULYES | ) | |

For good cause shown, the Defendant's Unopposed Motion to Continue the motions hearing for the above listed case is hereby **GRANTED** and this matter is continued until the Court's ___September___, 2010 term of court.

It is further ORDERED that any delay that results from this continuance is excluded, for all of the Defendant's, from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

This the 13 day of August, 2010.

Terrence W. Boyle
United States District Judge